Dismissed and Memorandum Opinion filed June 19, 2003









Dismissed and Memorandum Opinion filed June 19, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00426-CV

____________

 

KEVIN WAYNE JOHNSON, C.R.N.A. and VINTA J.
REDDY, M.D., Appellants

 

V.

 

GARY EUDY, Appellee

 



 

On Appeal from the 122nd District Court

Galveston
County, Texas

Trial
Court Cause No.  02CV1122

 



 

M
E M O R A N D U M   O P I N I O N

This is an appeal from a judgment
signed February 26, 2003.

On June 6 , 2003, appellants filed a
motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed June 19, 2003.

Panel consists of Justices Yates,
Hudson and Frost.